IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 98-CV-1072-RPM-OES

MEDTRONIC NAVIGATION, INC., f/k/a SURGICAL NAVIGATION TECHNOLOGIES, INC.,
MEDTRONIC SOFAMOR DANEK, INC.,
SOFAMOR DANEK HOLDINGS, INC.,
ST. LOUIS UNIVERSITY, and
TRUSTEES OF DARTMOUTH COLLEGE,

Plaintiffs,

v.

BRAINLAB MEDINZINISCHE COMPUTERSYSTEMS GMBH, a German corporation,
BRAINLAB AG, a German corporation,
BRAINLAB USA INC., a Delaware corporation, and
BRAINLAB INC., a Delaware corporation,

Defendants.

_____

ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO SUBSTITUTE PARTY
AND ADD AS A PLAINTIFF THE TRUSTEES OF DARTMOUTH COLLEGE
_____

This matter having come before the Court upon plaintiffs' motion to substitute Medtronic Navigation, Inc. for Surgical Navigation Technologies, Inc. as a plaintiff in this case, and to add the Trustees of Dartmouth College as a plaintiff, it is hereby

ORDERED that:

1. Medtronic Navigation, Inc., is hereby substituted for Surgical Navigation Technologies, Inc., as a plaintiff in this case.

2. The Trustees of Dartmouth College are hereby added as a plaintiff in this case.

Dated this 6th day of July, 2005.

                                        BY THE COURT:

                                      s/Richard P. Matsch
                                      _____
                                      Richard P. Matsch
                                      Senior United States District Judge