# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 98-CV-1072-RPM-OES

MEDTRONIC NAVIGATION, INC., f/k/a SURGICAL NAVIGATION
TECHNOLOGIES, INC.,
MEDTRONIC SOFAMOR DANEK, INC.,
SOFAMOR DANEK HOLDINGS, INC.,
ST. LOUIS UNIVERSITY, and
TRUSTEES OF DARTMOUTH COLLEGE,

Plaintiffs,

v.

BRAINLAB MEDINZINISCHE COMPUTERSYSTEMS GMBH, a German corporation,
BRAINLAB AG, a German corporation,
BRAINLAB USA INC., a Delaware corporation, and
BRAINLAB INC., a Delaware corporation,

Defendants.

## ORDER GRANTING MOTION FOR LEAVE TO TAKE THE DEPOSITION OF DR. ROBERT J. MACIUNAS FOR AN ADDITIONAL FULL-DAY

Having reviewed plaintiffs' motion for leave to take the deposition of Dr. Robert J. Maciunas for an additional full day, and being fully advised in the premises,

IT IS HEREBY ORDERED that plaintiffs are granted leave to take the deposition of Dr. Maciunas for a full day on July 29, 2005.

IT IS FURTHER ORDERED that plaintiffs shall complete the deposition within seven additional hours of deposition time, and that this remaining deposition will not be unreasonably duplicative or cumulative of prior testimony.

Dated: July 28, 2005

BY THE COURT:

Richard P. Matsch, Senior District Judge

3411091_1.DOC