**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 98-CV-1072-RPM-OES

MEDTRONIC NAVIGATION, INC., f/k/a
SURGICAL NAVIGATION TECHNOLOGIES, INC.,
MEDTRONIC SOFAMOR DANEK, INC.,
SOFAMOR DANEK HOLDINGS, INC.,
ST. LOUIS UNIVERSITY, and
TRUSTEES OF DARTMOUTH COLLEGE,

Plaintiffs,

v.

BRAINLAB MEDINZINISCHE COMPUTERSYSTEMS GMBH, a German corporation,
BRAINLAB AG, a German corporation,
BRAINLAB USA INC., a Delaware corporation, and
BRAINLAB INC., a Delaware corporation,

Defendants.

---

**NOTICE OF LODGING PLAINTIFFS' PROPOSED JURY INSTRUCTIONS AND OBJECTIONS TO INSTRUCTIONS GIVEN BY THE COURT**

---

Pursuant to the Court's ruling at the charging conference on September 27, 2005, plaintiffs respectfully lodge their proposed jury instructions as previously submitted to the Court. As indicated by the Court, by lodging plaintiffs' proposed jury instructions, plaintiffs are deemed to have objected to those instructions actually given by the Court, to the extent those instructions vary from the jury instructions proposed by plaintiffs.

Respectfully submitted this 27th day of September, 2005.

s/James E. Hartley
James E. Hartley
Lee F. Johnston
HOLLAND & HART, L.L.P.
555 Seventeenth Street, Suite 3200
Denver, Colorado 80202-8749
Phone: (303) 295-8000
Fax: (303) 295-8261
jhartley@hollandhart.com

Terrence P. McMahon
Vera M. Elson
MCDERMOTT, WILL & EMERY
3150 Porter Drive
Palo Alto, CA 94304-1212
Phone: (650) 813-5000
Fax: (650) 813-5100
tmcmahon@mwe.com
**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2005 I caused to be electronically filed the foregoing with the Clerk of Court using CM/ECF system which will send notification of such filing to the following e-mail addresses:

**ATTORNEYS FOR DEFENDANTS BRAINLAB MEDIZINISHCHE COMPUTERSYSTEMSGMBH, BRAINLAB, AG, BRAINLAB USA, INC., AND BRAINLAB INC.**

Marc D. Flink, Esq.
Baker & Hostetler, LLP
303 East Seventeenth Ave.,
Suite 1100
Denver, CO 80203-1264
Fax: 303-861-7805
mflink@bakerlaw.com

Thomas H. Shunk, Esq.
Baker & Hostetler, LLP
3200 National City Center
1900 East Ninth Street
Cleveland, OH 44115
Fax: 216-373-1534
tshunk@bakerlaw.com
kfleming@bakerlaw.com

Jay R. Campbell, Esq.
John Del Col, Esq.
Renner, Otto, Boisselle & Sklar, PLL
Nineteenth Floor
1621 Euclid Avenue
Cleveland, OH 44115
Fax: 216-621-6165
jcampbell@rennerotto.com
jdelcol@rennerotto.com

**ATTORNEYS FOR PLAINTIFF ST. LOUIS UNIVERSITY:**

David W. Harlan, Esq.
Senniger Powers Leavitt & Roedel
One Metropolitan Square, Suite 1600
St. Louis, MO 63102
Fax: 314-231-4342
dharlan@senniger.com

**ATTORNEYS FOR PLAINTIFF TRUSTEES OF DARTMOUTH COLLEGE**

Curtis A. Vock, Esq.
LATHROP & GAGE, L.C.
4845 Pearl East Circle #300
Boulder, CO 80301
Fax: 720-931-3001
cvock@lathropgage.com

s/James E. Hartley

3456368_1.DOC