**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                September 28, 2005
Courtroom Deputy:    J. Chris Smith
FTR Technician:      Kathy Terasaki

_____

Civil Action No. 98-cv-01072-RPM

| | |
|---|---|
| SURGICAL NAVIGATION TECHNOLOGIES, INC., a Delaware corporation, MEDTRONIC SOFAMOR DANEK, INC., SOFAMOR DANEK HOLDINGS, INC.; and ST. LOUIS UNIVERSITY, | Vera Elson Terry McMahon James Hartley Christopher Bright Daniel Foster |

        Plaintiffs,

v.

| | |
|---|---|
| BRAINLAB MEDIZINISCHE COMPUTERSYSTEM GMBH, a German corporation, BRAINLAB AG, a German corporation, BRAINLAB USA, INC., a Delaware corporation, and BRAINLAB, INC., a Delaware corporation, | Jay Campbell Thomas Shunk Joshua Ryland Marc Flink John Del Col |

        Defendants.

_____

**COURTROOM MINUTES**
_____

**Trial to Jury Day Thirteen**

**8:55 a.m.     Court in session.**

Argument by Mr. Hartley and Mr. Shunk regarding Plaintiffs' Exhibit 401.

**ORDERED:    Plaintiffs' Exhibit 401 is received for purposes of the record but shall not be presented to the jury.**

**8:58 a.m.     Court in recess.**

**9:02 a.m.     Court in session.**

September 28, 2005
98-cv-01072-RPM

Counsel state they agree that Defendants' Exhibit J-11 should be part of the exhibits that are presented to the jury.

**ORDERED:** **Defendants' Exhibit J-11 shall be submitted to the jury.**

Jurors present.

9:05 a.m.   Plaintiffs' closing argument by Mr. McMahon.

Court instructs jurors.

Jurors excused.

**10:27 a.m.   Court in recess.**

**10:41 a.m.   Court in session.**

Court's statements regarding scheduling.

Jurors present.

10:43 a.m.   Continued closing argument by Mr. McMahon.

11:28 a.m.   Defendants' closing argument by Mr. Shunk.

Court instructs jurors.

Jurors excused.

**12:00 p.m.   Court in recess.**

**1:00 p.m.   Court in session.**

Jurors present.

1:01 p.m.   Continued closing argument by Mr. Shunk.

2:29 p.m.   Plaintiffs' rebuttal argument by Mr. McMahon.

Court instructs jurors.

September 28, 2005
98-cv-01072-RPM

Jurors excused.

**3:08 p.m.**     **Court in recess.**

**3:25 p.m.**     **Court in session.**

Jurors present.

3:26 p.m.     Continued rebuttal argument by Mr. McMahon.

Court instructs jurors.

Jurors excused until 8:45 a.m., September 29, 2005.

Defendants' request for an additional instruction regarding prosecution estoppel by Mr. Campbell.

**3:30 p.m.**     **Court in recess.**

Trial continued.

Total time in court: 5.5 hrs.