## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 98-CV-1072-RPM-OES

MEDTRONIC NAVIGATION, INC., f/k/a
SURGICAL NAVIGATION TECHNOLOGIES, INC.,
MEDTRONIC SOFAMOR DANEK, INC.,
SOFAMOR DANEK HOLDINGS, INC.,
ST. LOUIS UNIVERSITY, and
TRUSTEES OF DARTMOUTH COLLEGE,

Plaintiffs,

v.

MEDIZINISCHE COMPUTERSYSTEME GmbH, a German corporation,
BRAINLAB AG, a German corporation,
BRAINLAB USA INC., a Delaware corporation, and
BRAINLAB INC., a Delaware corporation,

Defendants.

### ORDER GRANTING JOINT MOTION TO AMEND THE MARCH 13, 2000 PROTECTIVE ORDER

Having reviewed the parties' joint motion to amend the March 13, 2000, Stipulated Protective Order,

IT IS HEREBY ORDERED that Andrew Horstman, as in-house attorney at law for the parent of plaintiff Medtronic Navigation, Inc., is substituted for Jonathan L. Eisenberg in Section 6(b) of the March 13, 2000 Stipulated Protective Order; Mr. Horstman is subject to the same responsibilities and obligations under that order as those previously binding Mr. Eisenberg, including the execution of a Confidentiality Agreement in the form attached to the Stipulated Protective Order.

Dated this 23rd day of December, 2005.

BY THE COURT:

_____
Richard P. Matsch
Senior U.S. District Court Judge

3493870_1.DOC