IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 98-cv-01072-RPM

MEDTRONIC NAVIGATION, INC., f/k/a
SURGICAL NAVIGATION TECHNOLOGIES, INC.,
MEDTRONIC SOFAMOR DANEK, INC.,
SOFAMOR DANEK HOLDINGS, INC.
ST. LOUIS UNIVERSITY, and
TRUSTEES OF DARTMOUTH UNIVERSITY,

                Plaintiffs,

v.

BRAINLAB MEDIZINISCHE COMPUTERSYSTEMS GMBH,
BRAINLAB AG, a German corporation,
BRAINLAB USA, INC., a Delaware corporation, and
BRAINLAB, INC., a Delaware corporation

                Defendants.

---

ORDERS DEFERRING RULING ON DEFENDANTS' MOTION TO DECLARE THIS
ACTION EXCEPTIONAL PURSUANT TO 35 U.S.C. § 285 and on
DEFENDANTS' MOTION FOR EXTENSION OF TIME

---

Final judgment was entered in this civil action on February 24, 2006. The plaintiffs filed a notice of appeal on March 6, 2006, and filed an amended notice of appeal on that same date. On March 10, 2006, the defendants filed their Motion to Declare This Action Exceptional Pursuant to 35 U.S.C. § 285 and Motion for Extension of Time to Comply with D.C. Colo.L.Civ.R. 54.3.

The issues raised by the defendants' motion pursuant to 35 U.S.C. § 285 depend upon the rulings that have been appealed by the plaintiffs. To serve the interests of judicial economy, it is

ORDERED that determination of the defendants' motion to declare this action exceptional

pursuant to 35 U.S.C. § 285 [doc. 553] is deferred until after the issues on appeal have been determined; and it is

FURTHER ORDERED that the defendants' motion to comply with D.C.Colo.L.Civ. R. 54.3 [doc. 555] is granted.

Dated: March 13, 2006

BY THE COURT:

s/Richard P. Matsch

_____

Richard P. Matsch, Senior District Judge