# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 98-CV-1072-RPM-OES

MEDTRONIC NAVIGATION, INC., f/k/a
SURGICAL NAVIGATION TECHNOLOGIES, INC.,
MEDTRONIC SOFAMOR DANEK, INC.,
SOFAMOR DANEK HOLDINGS, INC.,
ST. LOUIS UNIVERSITY, and
TRUSTEES OF DARTMOUTH COLLEGE,

Plaintiffs,

v.

BRAINLAB MEDIZINISCHE COMPUTERSYSTEME GmbH, a German corporation,
BRAINLAB AG, a German corporation,
BRAINLAB USA INC., a Delaware corporation, and
BRAINLAB INC., a Delaware corporation,

Defendants.

## ORDER STAYING ANY PROCEEDING ON DEFENDANTS' BILL OF COSTS PENDING THE OUTCOME OF THE APPEAL

On March 15, 2006, plaintiffs moved the Court to stay proceedings relating to defendants' Bill of Costs. Having considered the arguments of the parties, and good cause showing, it is hereby ORDERED that further proceedings with respect to defendants' Bill of Costs is deferred until after the issues on appeal have been determined.

Dated: March 16th, 2006

                                                                s/Richard P. Matsch

                                                                Richard P. Matsch
                                                                Senior U.S. District Court Judge