IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 98-cv-01072-RPM

MEDTRONIC NAVIGATION, INC.,
MEDTRONIC SOFAMOR DANEK , INC.,
SOFAMOR DANEK HOLDINGS, INC.,
ST. LOUIS UNIVERSITY, and
TRUSTEES OF DARTMOUTH COLLEGE,

        Plaintiffs,

v.

BRAINLAB MEDIZINISCHE COMPUTERSYSTEMS GMBH,
BRAINLAB AG,
BRAINLAB USA, INC., and
BRAINLAB, INC.,

        Defendants.

---

ORDER GRANTING MOTION TO FILE A CONSOLIDATED REPLY TO
MEDTRONIC'S AND MWE'S BRIEFS IN RESPONSE TO BRAINLAB'S FEE PETITION

---

Upon consideration of defendants' Motion for Leave to File a Consolidated Reply to Medtronic's and MWE's Briefs in Response to BrainLAB's Fee Petition [609], filed on April 28, 2008, it is

ORDERED that the motion is granted and the Consolidated Reply to Medtronic's and McDermott, Will & Emery's Responses to BrainLAB's Petition for Fees and Expenses attached thereto is deemed filed.

Dated: April 29, 2008

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior District Judge