IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 98-cv-01072-RPM

MEDTRONIC NAVIGATION, INC.,
MEDTRONIC SOFAMOR DANEK, INC.,
SOFAMOR DANEK HOLDINGS, INC.,
ST. LOUIS UNIVERSITY and
TRUSTEES OF DARTMOUTH COLLEGE,

        Plaintiffs,

v.

BRAINLAB MEDIZINISCHE COMPUTERSYSTEMS GMBH, a German corporation,
BRAINLAB AG,
BRAINLAB USA, INC., and
BRAINLAB, INC.,

        Defendants.

**Minute Order Entered by Judge Richard P. Matsch:**

s/M. V. Wentz
  Secretary


The Motion to Withdraw as Counsel [613], filed on July 11, 2008, is granted and Sean Connelly has no further responsibility as counsel for plaintiffs in this matter.


Dated: July 15, 2008