IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  98-cv-01072-RPM

MEDTRONIC NAVIGATION, INC.,
MEDTRONIC SOFAMOR DANEK , INC.,
SOFAMOR DANEK HOLDINGS, INC.,
ST. LOUIS UNIVERSITY, and
TRUSTEES OF DARTMOUTH COLLEGE,

        Plaintiffs,

v.

BRAINLAB MEDIZINISCHE COMPUTERSYSTEMS GMBH,
BRAINLAB AG,
BRAINLAB USA, INC., and
BRAINLAB, INC.,

        Defendants.

## JUDGMENT

Pursuant to the Order Awarding Fees, Costs and Expenses to BrainLAB Defendants entered by Senior Judge Richard P. Matsch on September 30, 2008, it is

ORDERED, that judgment is entered for $4,382,031.36 for BrainLAB Medizinische Computersystems GMBH, BrainLAB AG, BrainLAB USA, Inc., and BrainLAB, INC., to recover from Medtronic Navagation, Inc., and McDermott, Will & Emery, LLP, jointly and severally, the amount of $4,382,031.36 together with post-judgment interest at the statutory rate of 1.95 per cent per annum.

DATED: September 30, 2008

                                          FOR THE COURT:

                                          GREGORY C. LANGHAM, Clerk

                                                    s/M. V. Wentz
                                        By_____
                                                          Deputy