IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  98-cv-01072-RPM

MEDTRONIC NAVIGATION, INC.,
MEDTRONIC SOFAMOR DANEK , INC.,
SOFAMOR DANEK HOLDINGS, INC.,
ST. LOUIS UNIVERSITY, and
TRUSTEES OF DARTMOUTH COLLEGE,

        Plaintiffs,

v.

BRAINLAB MEDIZINISCHE COMPUTERSYSTEMS GMBH,
BRAINLAB AG,
BRAINLAB USA, INC., and
BRAINLAB, INC.,

        Defendants.

---

ORDER DENYING MOTION FOR REVIEW OF CLERK'S TAXATION OF COSTS

---

On June 21, 2010, the United States Court of Appeals for the Federal Circuit reversed this Court's order for award of attorney fees and costs to Brainlab defendants.  Upon review of the Clerk's records for purposes of meeting the reporting requirements of 28 U.S.C. § 476, it appears that after entry of the Judgment in favor of Brainlab defendants on February 24, 2006, which included an award of costs, the Clerk awarded costs in the amount of $64,205.77 on March 12, 2008.  On March 19, 2008, Brainlab moved for review of the Clerk's taxation of costs, seeking an additional statutory costs under 28 U.S.C. § 1920.  Briefs and supporting materials were filed.  Upon consideration of the disputed costs in this matter which has been in litigation in this court since 1998, the Court now

ORDERS that the motion for review of the Clerk's taxation of costs is denied.

DATED: September 27th, 2010

                                BY THE COURT:

                                s/Richard P. Matsch

                                _____

                                Richard P. Matsch, Senior District Judge